**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SAMAT MENDIBAEV,

      Petitioner,

      v.                                  No. 1:25-cv-01308-DHU-GBW

TODD LYONS; JOEL GARCIA;
KRISTI NOEM; PAMELA JO
BONDI; and GEORGE DEDOS,

      Respondents.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS NOTICE OF APPEAL

THIS MATTER is before the Court on the federal respondents' Unopposed Motion to

Dismiss Notice of Appeal, pursuant to Fed. R. App. P. 42(a). (Doc. 27). Noting that the motion

is not opposed and being otherwise fully advised, the Court FINDS that the motion is well-taken

and should be GRANTED.

IT IS THEREFORE ORDERED that the federal respondents' Notice of Appeal is

dismissed.

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE